Scott D. Lawrence, Tex. Bar No. 24087896
scott.lawrence@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Phone: (817) 332-7788
Fax: (817) 332-7789

COUNSEL FOR DEBTOR

Jason M. Rudd, Tex. Bar No. 24028786
jason.rudd@wickphillips.com
Catherine A. Curtis, Tex. Bar No. 24095708
catherine.curtis@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Phone: (214) 692-6200
Fax: (214) 692-6255

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-40678-mxm7 |
| WATER NOW, INC., | § | |
| | § | Chapter 7 |
| DEBTOR. | § | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Water Now, Inc. (the "Debtor"), as debtor in the above-captioned chapter 7 case (the "Case"), with the assistance of its attorneys, is filing its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") in the Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statements of Limitations, Methodology, and Disclaimers regarding the Debtor's Schedules and SOFA (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SOFA. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and SOFA.

The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"). Additionally, the Schedules and SOFA contain unaudited information based on the Debtor's commercially reasonable efforts to report the assets and liabilities of the Debtor. The Schedules and SOFA are not an admission that the Debtor was solvent or insolvent as of March 8, 2023 (the "Petition Date") or at any time before the Petition Date.

The information contained in the Schedules and SOFA was prepared based on the best information available and to the Debtor's knowledge and belief. The Debtor does not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or

injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor, its agents, and attorneys expressly do not undertake any obligation beyond the requirements of the Bankruptcy Code and the Bankruptcy Rules to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtor or its agents and attorneys be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents and attorneys are advised of the possibility of such damages.

Gary Westerlage ("Westerlage") has reviewed the Schedules and SOFA but the Schedules and SOFA are primarily based on the Debtor's books and records. The Debtor's books and records were substantially kept by the Debtor's employees, agents and advisors prior to the Debtor's retention of Westerlage in April 2022. As Westerlage has limited personal knowledge of the Debtor's books and records before April 2022, Westerlage has relied upon the efforts, statements, and representations of various personnel previously employed by the Debtor and its advisors in presenting the Schedules and SOFA. **Westerlage has not (and could not have) personally verified the accuracy of each amount, statement, and representation contained in the Schedules and SOFA.** However, Westerlage has a reasonable belief that the Schedules and SOFA are accurate and, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure, Westerlage will amend the Schedules and SOFA if necessary.

| Fill in this information to identify the case: |
| --- |

| Debtor name | Water Now, Inc. |
| --- | --- |
| United States Bankruptcy Court for the: | |
| | Northern District of Texas |
| Case number (if known): | 23-40678-mxm7 |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.** **Cash on hand** | _____

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 **Susser Bank** | **Checking account** | **9008** | **(Unknown)** |

**4.** **Other cash equivalents** *(Identify all)*
**None**

**5.** **Total of Part 1** | **$0.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

**6.** **Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 **TCRG Opportunity XVII, LLC** | **$23,481.38** |
| --- | --- |

| Debtor | Water Now, Inc. | Case number (if known) | 23-40678-mxm7 |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    **None**

9. **Total of Part 2**

    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    $23,481.38

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**
    - ☑ No. Go to Part 4.
    - ☐ Yes. Fill in the information below.

                                                                                        **Current value of debtor's interest**

11. **Accounts Receivable**

    11a. 90 days old or less:    _____  -  _____  = ...... →  _____
                                 face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:       _____  -  _____  = ...... →  _____
                                 face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                      $0.00

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**
    - ☐ No. Go to Part 5.
    - ☑ Yes. Fill in the information below.

                                                    **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of fund or stock: | % of ownership: | | |
|---|---|---|---|
| 15.1 **100% Equity in Hydraspin USA, Inc.** | **100.00%** | Balance Sheet Value | $0.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor    **Water Now, Inc.**                                    Case number *(if known)*    **23-40678-mxm7**
_____
Name

---

None

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                                    **$0.00**

---

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

None

20. **Work in progress**

None

21. **Finished goods, including goods held for resale**

None

22. **Other inventory or supplies**

22.1 **Water Filtration**                                                                    **(Unknown)**                                    **(Unknown)**
                                    MM / DD / YYYY

**Additional Page Total** - *See continuation page for additional entries*                                    **$0.00**

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                    **$0.00**

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

| Debtor | Water Now, Inc. | Case number *(if known)* | 23-40678-mxm7 |
|---|---|---|---|
| | Name | | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

**None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

**None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

**None**

**31. Farm and fishing supplies, chemicals, and feed**

**None**

**32. Other farming and fishing-related property not already listed in Part 6**

**None**

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. ......................................................... $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

39.1 __Office furniture__ _____    (Unknown)    _____    (Unknown)

**40. Office fixtures**

**None**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

**None**

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.    $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 __2019 Dodge Ram 2500__ / VIN: 3C6UR5FL0KG727490    (Unknown)    _____    (Unknown)

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

47.2 **2019 Dodge Ram 3500** / VIN: 3C63RPGLXKG636393          **(Unknown)**                    **(Unknown)**

47.3 **2019 Dodge Ram 3500** / VIN: 3C63RPGL5KG636351          **(Unknown)**                    **(Unknown)**

**Additional Page Total** - *See continuation page for additional entries*                              **$0.00**

48. **Watercraft, trailers, motors, and related accessories** *Examples*:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    **None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery
    and equipment)**

    50.1 **5 Hydraspin Units**                         **$1,500,000.00**                    **$1,100,000.00**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                          **$1,100,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

| Part 9: | Real Property |
|---|---|

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

|  | Lease | | | | |
|---|---|---|---|---|---|
| 55.1 | 5000 South Freeway Suite 100 Fort Worth, TX 76115 | Lease | (Unknown) | | (Unknown) |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.          **$0.00**

---

| Debtor | Water Now, Inc. | Case number *(if known)* | 23-40678-mxm7 |
|---|---|---|---|
| | Name | | |

**57.** Is a depreciation schedule available for any of the property listed in Part 9?

☑ No

☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?

☑ No

☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 **Please see attached** | (Unknown) | | (Unknown) |
| **61. Internet domain names and websites** | | | |
| **None** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **None** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **None** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **None** | | | |
| **65. Goodwill** | | | |
| **None** | | | |

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                    $0.00

**67.** Do your lists or records include personally identifiable information of customers? (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No

☐ Yes

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

---

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 11:   All other assets

---

**70. Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

**None**

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73. Interests in insurance policies or annuities**

**None**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  Claims arising from David King's conduct as an officer and director of the Debtor, including but not limited to breaches of fiduciary duty and conversion _____     **(Unknown)**

Nature of Claim  _____

Amount Requested   **(Unknown)** _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76. Trusts, equitable or future interests in property**

**None**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78. Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.     **$0.00**

---

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

---

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Debtor | **Water Now, Inc.** | | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black; color:white;">**Part 12:** Summary</div>

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $23,481.38 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,100,000.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................... | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $1,123,481.38 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................................ | | $1,123,481.38 |

| Debtor | Water Now, Inc. | Case number *(if known)* | 23-40678-mxm7 |
|---|---|---|---|
| | Name | | |

## Additional Page

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **22.** | **Other inventory or supplies -** *Continued* | | | | |
| 22.2 | **100 Aqua-125 Water Purification Units** | MM / DD / YYYY | **$150,000.00** | | (Unknown) |
| 22.3 | **10 Aqua-1000 Water Purification Unit** | MM / DD / YYYY | **$100,000.00** | | (Unknown) |

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles -** *Continued* | | | | |
| 47.4 | **2021 Dodge Ram 2500 / VIN: 3C6UR5SL6MG508218** | | (Unknown) | | (Unknown) |
| 47.5 | **2021 Dodge Ram 2500 / VIN: 3C6UR5FLOMG523467** | | (Unknown) | | (Unknown) |

In re: Water Now, Inc.
Case No. 23-40678-mxm7

Schedule A/B Attachment

Furniture

| | Item | Quantity |
|---|---|---|
| **Warehouse** | | |
| | Desk | 1 |
| | Chair | 2 |
| | Husky Rolling Tool Bench | 4 |
| | Conference Table | 1 |
| | Plastic Chair | 4 |
| | Conference Chair | 8 |
| | Microwave | 1 |
| | Refrigerator | 1 |
| | Executive Desk | 2 |
| | Executive Chair | 2 |
| | Monitor with Tower | 1 |
| | Laptop Computer | 2 |
| | 2-Drawer File Cabinet | 1 |
| | 3-Drawer File Cabinet | 1 |
| | Fake Tree Décor | 2 |
| | Pallet Jack | 2 |
| **Office 1** | | |
| | Loveseat | 1 |
| | End Table | 1 |
| | Executive Desk | 2 |
| | Executive Chair | 2 |
| | Phone | 2 |
| | 4-Drawer File Cabinet | 1 |
| | Printer | 1 |
| | Monitor | 1 |
| | Laptop Computer | 1 |
| **Office 2** | | |
| | Executive Desk | 1 |
| | Executive Chair | 1 |
| | Printer | 1 |
| | Laptop Computer | 1 |
| | Monitor | 2 |
| | Phone | 1 |
| | 3-Shelf Bookcase | 1 |
| | Shredder | 1 |
| | Small Fan | 1 |
| | Small Heater | 1 |
| | Fake Tree Décor | 1 |
| | Guest Chair | 1 |
| **Office 3** | | |
| | Guest Chair | 2 |
| | Executive Desk | 1 |
| | Executive Chair | 1 |
| | Credenza | 1 |
| | 2-Drawer Wooden File Cabin | 1 |
| | Scanner Printer | 1 |
| | Laptop Computer | 1 |
| | Fishbowl Monitor | 1 |
| **Office 4** | | |
| | Loveseat | 1 |
| | Guest Chair | 3 |
| | Leather Chair | 2 |
| | Coffee Table | 1 |
| | Executive Chair | 1 |
| | Executive Desk | 1 |
| | Monitor | 1 |
| | Copier/Printer/Scanner | 1 |
| | Credenza | 1 |
| | Fake Tree Décor | 1 |
| **Common Area** | | |
| | Brother MFG9330 Scanner/P | 1 |
| | 2-Door Credenza | 1 |
| | Walkie-Talkie | 4 |
| | 3-Drawer Wooden Storage S | 1 |
| | Clock | 1 |
| **Storage** | | |
| | 4-Drawer File Cabinet | 1 |
| | 4-Shelf Storage Stands | 2 |
| | Vacuum Cleaners | 2 |
| **Breakroom** | | |
| | Refrigerator | 1 |
| | 4-Shelf Storage Stand | 1 |
| | 6-Person Dining Table | 1 |
| | Dining Chairs | 6 |
| | Guest Chair | 1 |
| | Coffee Table | 1 |
| | Loveseat | 1 |
| | Microwave Oven | 1 |
| | 2-Drawer Dresser | 1 |

Case 23-40678-mxm7
Schedule A/B Attachment
Equipment

LABEL (HOT SURFACE)- 434

LABEL (HIGH VOLTAGE)-198

LABEL (WATER NOW INC)-79

FLAT WASHER (#6) 937

HEX BOLT (5/16" x 2.5")-204

TEE (NYLON 3/8"X3/8"X3/8") 69

CAP SCREW (SS BUTTON SOCKET 1/4-20 x 1/2)-28

ADAPTER (BRASS BARBED MALE 5/8"X1/2" MIPS)-22

EMT PIPE STRAP (STEEL, 1 HOLE, 3/4") 150

Crossover Tube-4

BULKHEAD (1/2" double threaded)28

LOCK WASHER (#6 ZINC)12

ELBOW (3/4" Copper 45 deg)50

TERMINAL (Ring 6 Stud, Blue,16-14 Ga)37

ADAPTER (BRASS BARBED 3/16"X1/4" MIPS) 21

TERMINAL (Push-On Female Fully Insulated .250" Blue 16-14 Ga)-36

ELBOW (1/2" Copper 45 deg) 100

FUSE (10 Amp ATO) 8

FUSE (20 Amp ATO)-8

ADAPTER (BRASS BARBED 5/16"X1/4" MIPS) 25

CAP SCREW (#10-24 x 1/2" ASTM F879 Hex Drive Grade 18-8 Stainless Steel Button Socket)-113

CUT PLATE € 104

NUTSERT (1/4-20 Zinc Plated Carbon Steel Rivet Nut Flat Head) 300

EXTENSION (1/2" Brass)-9

HOSE CLAMP (#10 1/2" to 1-1/16" WORM DRIVE) 88

CAP SCREW (1/4"-20 x 5/8" ASTM F879 Hex Drive Grade 18-8 Stainless Steel Button Socket) 106

ADAPTER (BRASS 1/2" PEX BARB x 1/2" FIP)72

ADAPTER (BRASS BARBED 1/2" PEX x 1/2" NPT) 21

ADAPTER (BRASS BARBED 3/8"x1/2" FIPS)12

ELBOW (BRASS 1/2" PEX x 1/2" PEX) 29

NUTSERT (10-24" Zinc Plated Carbon Steel Rivet Nut Flat Head) 208

BALL VALVE (1/2" PEX BARB X 1/2" PEX BARB Drop Ear) 27

ORING (1-1/8"ID X 1-3/8"OD X 1/8"CS Silicone)431

ELBOW (304 SS 90 DEG STREET 3/4 NPT FEMALE X MALE)-4

Vinyl Ring Terminal, 1/4" Stud, Red, 22-18 Ga-101

CENTRIFUGE HOUSING-16

GASKET (EXHAUST) 10

12-10 Ga. Insulated Ring Terminals, #10 Stud-130

Vinyl Ring Terminal, 10 Stud, Blue, 16-14 Ga-94

Vinyl Ring Terminal, 3/8" Stud, Yellow, 12-10 Ga-13

Vinyl Ring Terminal, 1/4" Stud, Blue, 16-14 Ga-385

HOSE CLAMP (#12 11/16" TO 1-1/4" WORM DRIVE)-11

L-Bracket (2" x 2")-108

NIPPLE (BRASS 1/2X CLOSE)-17

Vinyl Ring Terminal, 1/4" Stud, Yellow, 12-10 Ga-1

FITTING (1/2 IN. LIQUIDTIGHT NM STRAIGHT PVC) 29

FITTING (1/2 IN. LIQUIDTIGHT NM 90 DEGREE PVC) 31

INSTRUCTION MANUAL (AQUA 125) 100

GASKET (DISTRIBUTION) 148

SEAL (65X95X10 HMS 5 V) 12

Circuit Breaker (40 amp, 2 Pole, 240V) 7

Sash Lock (Satin Nickel Tight Seal) 20

LABEL (21x17 4/0 print to gloss perm. adhesive white vinyl & weed & mask)-20

POWER CONVERTER (AC 100V/240V to DC 12V 10A 120W) 4

Circuit Breaker (15 amp, 1 Pole, 120V) 12

Pull (3-7/8 in. Satin Nickel) 5

Cam Lock (1-1/8 in. Chrome Keyed) 1

TUBE (CLEAR VINYL 1/4 ID X 3/8 OD) 33

TUBE (Silicone 5/8" ID x .965 OD Silbrade® Braid Reinforced) 23

INSTRUCTION MANUAL (AQUA 1000) 248

TACH (0-4000 RPM ALT DRIVEN +12V CHROME) 2

HANDLE FOAM- 81

SPLASH GUARD-372

DOOR PULL (6-1/2" Zinc-Plated Heavy Duty)-49

INSTRUCTION MANUAL (AQUA 125E)- 175

CAP (DISTRIBUTION)-10

BELT (BANDO OEM QUALITY SERPENTINE) 10

SAMPLE PUMP (FL-30 12V 10 LPM 17 PSI) 29

45KW Element- 144

HOSE (5/8" X 25' BLACK) 44

SHOCK PLATE-100

HOSE (3/4 X 25')- 2

COMPLETE FRAME AND SKIN SET (125E)-1

ELEMENT (SCREW IN FOLDBACK 3500W 240V LWD 1-1/4") 50

MOTOR (DC PM TENV 1/6 HP 1800rpm 12/24V) 10

GENERATOR-14

CART (2-WHEEL) 112

CART (2-WHEEL)-1

TANK (500GAL ELLIPTICAL)-1

TANK (500GAL ELLIPTICAL)-1

TANK (500GAL ELLIPTICAL)-25

FUEL TANK (RED 24-GAL) 18

Kohler 3-Cylinder Diesel Engine - 1,028cc--2

TRAILER W/500 GAL LEGGED TANK (BLACK 16.5')-1

TRAILER W/500 GAL LEGGED TANK (BLACK 16.5')-1

TRAILER (BLACK 16.5' W CRADLE)-4

TRAILER (BLACK 16.5' W CRADLE)-22

TRAILER (BLACK 16.5' W CRADLE)-1

TRAILER (BLACK 16.5' W CRADLE)-1

AQUA 125E (3.8)-1

AQUA 125E (3.8)-3

AQUA 125E (3.5)-11

AQUA 125 (SG35)-9

AQUA 125 (SG38)-2

AQUA 125 (SG38)-23
RIVET (3/16 DIA 1/8"-1/4" GRIP)-341
RIVET (1/8 DIA 3/16"-1/4" GRIP)-1550
TEE (BRONZE 1/2")-14
PLUG (BRONZE 1/2")-11
BUSHING (BRONZE 1"X1/2")
ELBOW (BRONZE STREET 90 1/2" MIP X FIP)
ELBOW (BRONZE STREET 90 1/4" MIP X FIP)
COUPLING (1/2" BRONZE LEAD FREE)
TERMINAL (RING 12-10 GA. HIGH TEMP #10 STUD)
TERMINAL (PUSH ON 12-10 GA. 0.250" WD. FEMALE INSULATED)
TERMINAL (PUSH ON 16-14 GA. 0.250" WD. FEMALE INSULATED)
WIRE NUT (18-10 GA. RED IDEAL)
TERMINAL (RING 22-18 GA. INSULATED #10 STUD)
TERMINAL (RING 16-14 GA. INSULATED #10 STUD)
TERMINAL (PUSH 22-18 GA. 0.250" WD. FEMALE INSULATED)
BUSHING (COPPER 1/2"FTG x 1/4"C)
TEE (COPPER C X C X C 1/2")
ELBOW (COPPER STREET 90 C x FTG 1/2")
PIPE CLAMP (PEX 1/2")
HOSE CLAMP (#4 5/16" TO 5/8" WORM DRIVE)
EMT PIPE STRAP (STEEL, 1 HOLE, 2")
HOSE CLAMP (1/2" SS PEX)
CABLE CLAMP (3/8" NM TWIN-SCREW)
FLAT WASHER (1/4" X 0.625" OD LOW CARBON ZINC/STEEL)
FLAT WASHER (3/8" X 0.812" OD LOW CARBON ZINC FINISH STEEL)
FLAT WASHER (5/16" X 0.688" OD LOW CARBON ZINC/STEEL)
GASKET (TEFLON)
SPACER (5/8" X 7/8" OD 1/2" ID CONDUIT)
COMPRESSION SLEEVE (BRASS 3/8")
ADAPTER (BRASS 1/2 NPT MALE X FEMALE .125)
NIPPLE (BRASS 1/2"X6")
COMPRESSION ADAPTER (BRASS MALE 1/4"X1/8" MIPS)
NIPPLE (BRASS 1/4"X CLOSE)
COMPRESSION UNION (BRASS 3/8")
COMPRESSION ADAPTER (BRASS MALE 3/8"X1/4" MIPS)
NIPPLE (BRASS 1/8"X6")
ADAPTER (BRASS 3/4"MHT X 1/2"FIPS)
COMPRESSION ADAPTER (BRASS MALE 5/8"X1/2" MIPS)
ADAPTER (BRASS 1/2 NPT MALE X FEMALE .063)
Brass Barbed Male Adapter 1/2"x1/2"mips
COUPLING (BRASS 1/8")
ADAPTER (HOSE TO PIPE, FEMALE/MALE)
ADAPTER (BRASS BARBED FEMALE 1/2"X1/2" FIPS)
COMPRESSION SLEEVE (BRASS 5/8")
ADAPTER (BRASS BARBED MALE 3/8"X1/4" MIPS)
NUT (3/8"-16 GRADE C ZINC FINISH STEEL TOP LOCK)

WING NUT (1/4"-20 ZINC PLATED)

#10-32 Grade 2 Yellow Zinc Finish NM Steel Nylon Insert Lock Nut

NUT (1/4"-20 GRADE C ZINC FINISH STEEL TOP LOCK)

NUT (5/16"-18 GRADE C ZINC FINISH STEEL TOP LOCK)

3/8"-16 x 1" Grade 8 Yellow Zinc Finish Hex Cap Screw

#10-32 x 1/2" Phillips Slotted Combo Drive Round Head Zinc Finish Steel Machine Screw

SOCKET CAP SCREW (M10-1.5 x 45MM HEX DRIVE BLACK OXIDE STEEL)

HEX CAP SCREW (1/4"-20 X 3" GRADE 5 ZINC FINISH)

HEX CAP SCREW (5/16"-18 X 4" GRADE 8 YELLOW ZINC)

SCREW (SELF TAPPING 12 - 14 X 3/4)

HEX CAP SCREW (1/4"-20 X 1" GRADE 8 YELLOW ZINC)

CUT PLATE (AQUA 125)

CUT PLATE (TEMP GAUGE 2.75 x 2.75)

CUT ANGLE PLATE (AQUA 1000)

TUBE (1/2" LIQUID TIGHT NON-METALLIC CONDUIT)

FUEL LINE (5/16" GATES PCV/EEC)

FUEL LINE (1/4" GATES PCV/EEC)

TUBE (SPLIT LOOM 3/8")

TUBE (BRAIDED PVC 3/8)

FUEL LINE (3/16" GATES PCV/EEC)

PIPE (PEX 1/2)

TUBE (CLEAR VINYL 3/8 ID X 9/16 OD)

WIRE (18 GA RED STRANDED PRIMARY WIRE)

WIRE (18 GA BLACK STRANDED PRIMARY WIRE)

CABLE (14/2 METAL CLAD ARMORLITE)

WIRE (10 AWG WHITE STRANDED CU THHN)

WIRE (14 AWG WHITE STRANDED CU THHN)

THROTTLE CABLE (10")

WIRE (10 AWG BLACK STRANDED CU THHN)275

CLAMP (DISTRIBUTION)-159

INSULATION (DBL SIDED REFLECTIVE)

TIMER SWITCH (12V DIGITAL CYCLE DELAY RELAY)

FUSE BOX (DC 32V SPADE TERM 8-WAY)-1

LOGO TEE SHIRT (SHORT SLEEVE YOUTH L)

LOGO TEE SHIRT (SHORT SLEEVE ADULT S)

LOGO TEE SHIRT (SHORT SLEEVE YOUTH M)

PUMP (FL-2236 12V 1.8A 4L/MIN)-80

TEMP. GAUGE-18

INLET BUOY (8.5" RED)-18

VALVE TIMER (N1/2" AC110V) W/ADAPTERS

WATER BAG (LOGO, 2.5 GAL)

WATER BAG (2.5 GAL)-66,000

WATER BAG (LOGO, 2.5 GAL)-4080

SWITCH (SINGLE PASS ON/OFF 110/220 V)-47

FLOAT-119

BALL VALVE (1/2" FIPS x 1/2" FIPS)

VALVE (BRASS FLOW CONTROL)

BALL VALVE (1/4" FIPS X 1/4" FIPS)

BALL VALVE (1/2" PEX BARB X 1/2" PEX BARB)

TUBE KIT (125)

HOSE (5/8" X 50' BLUE)

HOSE (5/8" X 25' BLUE) INCOMPLETE

SPEED CONTROL (0-12VDC 40A NEMA 4X)

PUMP (FL-30 12V 2.5A 10-12.5L/MIN)

HOSE (1/2" B-FLEX 1/2" SS MNPT X FNPT-12" OAL)

BRACKET (STRAINER)-57

ELEMENT (SCREW IN 3800W 240V LWD 1-3/8")-57

WIRING HARNESS (39")-10

CENTRIFUGE ROTOR-25

CART W/ GENERATOR-34

AQUA 125 (v2) 12V PUMP/ NO BATT.-48

AQUA 1000T--1

Electrical Box-1

Condensing Coil-15

AQUA 1000 PROTOTYPE (W/O CENTRIFUGE)-1

Complete Reactor--10

Battery Disconnect-3

AQUA 1000 PROTOTYPE (W/ CENTRIFUGE)

CAM LEVER COUPLING (3/4" MALE COUPLER X FNPT)

CAM LEVER COUPLING (3/4" FEMALE COUPLER X HOSE SHANK)

CAM LEVER COUPLING (3/4" MALE COUPLER X HOSE SHANK)

CAM LEVER COUPLING (3/4" FEMALE COUPLER X FNPT)-19

SCREW (10-32" x 1-1/2" ROUND HEAD)-5

#6-32 Grade 2 Yellow Zinc Finish NM Steel Nylon Insert Lock Nut-1140

SCREW (6-32" X 1" ROUND HEAD)-1142

Hose Strainer

SEAL (31.75x63.5x7.874 CRW1 V)-2

VINYL BUTT CONNECTOR YELLOW 12-10--100

RAW ALUMINUM-370

2 Terminal Pin ON/OFF Rocker Toggle Switch

BULKHEAD (1/4" threaded)

HEX BOLT (1/4"-20 X 1.5" ZINC FINISH)

CUT PLATE (2-HOLE AMP COVER)

CUT PLATE (BLANK)-173

FLAT WASHER (#10 x 0.500" OD Low Carbon Zinc Finish Steel)-2100

10/32 lock washers-53

diesel fuel pump (only for trailer mounted unit )-5

M10x25 bolts-195

ELBOW (BRASS 3/4 STREET 90)

NIPPLE (BRASS 3/4"X CLOSE)

Brass Barbed 90 Elbow 3/8" x 1/4"mips

SET SCREW (1/4-20 x 1/2")

water box-8

3/8-16 x 1-1/2 bolt-4

3/8-16 x 2 1/2 bolt-34
3/8" OD x 1/2" MIP Brass Compression Elbow (Lead Free)-5
1/2 x 3/8 non regular copper reducer-3
3/4 copper 90-6
Copper Union (CxC) - 3/4"-12
SOLENOID RELAY-1
TEE STRAINER COMPLETE (A125E)-11
1/4"- 90 STREET ELBOW MODIFIED-2
3/8" HOSE (CLEAR) LOOKING GLASS-48
3/8" HOSE, PUMP TO COIL-3
3/8" HOSE, COIL TO DUMP-5
SIDE PLATE SHIELDING; LEFT AND RIGHT (SET OF 2)-1
HEAT ELEMENT CAN SHIELD; LEFT AND RIGHT (SET OF 2)
TOP PLATE SHIELD-2
DOOR SHIELD-23
STEAM HOSE SHIELD--30
MODIFIED DIST CAP-137
HEAT ELEM. JUMPERS; (SET OF 2)-49
TEMP. GAUGE JUMP WIRES; (SET OF 2)-45
M10-1.5 x 90mm Hex Drive Black Oxide Socket Cap Screw-20
LABEL (BLANK PLATE)-180
LABEL (PUMP SWITCH/AMP BREAKER PLATE)-172
AQUA 125E WHIP-2
DIST. CAP ASSY AQUA 125E-3
HOSE, CLEAN WATER DUMP-8
A125E PUMP ASSY-15
AQUA 125E (TEST BUILD)-2
HS600-1
HS3000-1
HS5500-1
HS5500-4

HydraSpin Unit2 Model: HS 3000
HydraSpin Unit Model: HS 600
HydraSpin Unit Model: HS 5500
HydraSpin Unit Model: HS 5500
HydraSpin Unit Model: HS 5500
Trailer for HydraSpin Units
Doosan forklift Serial Number: FG14-1290-00012
Lathe machine Serial Number: 002248

In re: Water Now, Inc.
Case No. 23-40678-mxm7
Schedule A/B Attachment
Patents

| Application Number | Application Filing Date | Continuity Data | Status |
|---|---|---|---|
| **WATER PURIFICATION SYSTEM WITH A CENTRIFUGAL SYSTEM AND A FRICTIONAL HEATER SYSTEM** | | | |
| **62/472,246** | 03/16/2017 | Parent Application | Non Provisional App # 15/519,056 Provisional Expired |
| **15/819,056** | 11/21/2017 | Claims Priority from Provisional | Response to Final Office Action (RCE/Appeal) Due 08/17/2020 |
| **PCT/US2018/062145** | 11/20/2018 | Claims Priority from '056 Application | Nationalization Applications Filed |
| **Chile # 201903920** | 11/20/2018 | Nationalization of PCT | Instruction sent to agent to proceed to publication |
| **China # 201880014491** | 09/17/2019 | Nationalization of PCT | Deadline to Request Examination 11/21/2020 |
| **Colombia # NC20190013334** | 11/26/2019 | Nationalization of PCT | Deadline to Request Examination 07/17/2050 |
| **Costa Rica # 2019-0565** | 12/12/2019 | Nationalization of PCT | Awaiting status report from agent |
| **India # 202047024338** | 06/10/2019 | Nationalization of PCT | Awaiting status report from agent |
| **Indonesia # P00202002868** | 04/16/2020 | Nationalization of PCT | Awaiting status report from agent |
| **Israel # 268074** | 07/15/2019 | Nationalization of PCT | Awaiting status report from agent |
| **Philippines # 12019550257** | 11/28/2019 | Nationalization of PCT | Awaiting status report from agent |
| **South Africa # 2019/08246** | 12/11/2019 | Nationalization of PCT | Renewal Deadline 11/20/2021 |

| Application No | Application Filing Date | Continuity Data | Status |
|---|---|---|---|
| **AQUA DYNAMIC WATER HEATER BASED SPACE HEATING SYSTEM** | | | |
| **62/698,618** | 07/16/2018 | Parent Application | Non Provisional App # 1/513,407 Provisional Expired |
| **16/513,407** | 07/16/2019 | Claims Priority from Provisional | Awaiting 1st Office Action |
| **PCT/US2019/042049** | 07/16/2019 | Claims Priority from Provisional | 30-Mo National Stage Deadline 07/16/2021 |

| | | | |
|---|---|---|---|
| **US TM App. # 88/321,723** | **"HYDRA"** | Filed | 03/01/2019 |

**Fill in this information to identify the case:**

Debtor name ___Water Now, Inc._____

United States Bankruptcy Court for the: _____Northern_____ District of _____Texas_____
(State)

Case number (if known): ___23-40678-mxm7___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**

Ally Financial

**Creditor's mailing address**

Ally Detroit Center

500 Woodward Ave. Floor 10

Detroit, MI 48226

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**Describe debtor's property that is subject to a lien**

2019 Dodge Ram 2500, 2019 Dodge Ram 3500, 2021 Dodge Ram 2500, 2021 Dodge Ram 2500, 2019 Dodge Ram 3500

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: unknown

Column B: unknown

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____

| Debtor | Water Now, Inc. | Case number (if known) | 23-40678-mxm7 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2 Creditor's name**

TCRG Opportunity XVII, L.L.C.

**Creditor's mailing address**

5201 Camp Bowie Blvd

Fort Worth, TX 76107

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Lease

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: unknown

Column B: unknown

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Water Now, Inc. |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | 23-40678-mxm7 |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

Tarrant County Tax Assessor Collector

Linebarger Goggan Blair & Sampson, LLP

2777 N. Stemmons Freeway Suite 1000

Dallas, TX 75207

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the Claim:**

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: **unknown**     Priority amount: **unknown**

**2.2**   Priority creditor's name and mailing address

Texas Comptroller

111 East 17th Street

Austin, TX 78774

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the Claim:**

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: **unknown**     Priority amount: **unknown**

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

**Wick Phillips Gould & Martin, LLP**

**3131 McKinney Ave Suite 500**

**Dallas, TX 75204**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
_____

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

| Debtor | **Water Now, Inc.** | | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong> List All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

African Horizon Technologies

159 Cecilia Rd Ashlea Gardens

Pretoria 0081 South Africa

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan/Distribution Agreement

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: __unknown__

---

**3.2** | **Nonpriority creditor's name and mailing address**

Ally Financial

Ally Detroit Center

500 Woodward Ave. Floor 10

Detroit, MI 48226

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deficiency Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: __unknown__

---

**3.3** | **Nonpriority creditor's name and mailing address**

Anthony Shioleno

1715 N. Peyco Dr.

Arlington, TX 76001

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: __unknown__

---

**3.4** | **Nonpriority creditor's name and mailing address**

B&C Backhoe

24783 US Highway 70

Wilson, OK 73463

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: __unknown__

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.5** Nonpriority creditor's name and mailing address

**Baker Tilly**

**2500 Dallas Parkway**

**Unit 300**

**Plano, TX 75093**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.6** Nonpriority creditor's name and mailing address

**Bellridge Capital**

**120A-515 E LAS OLAS Boulevard**

**Fort Lauderdale, FL 33301**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.7** Nonpriority creditor's name and mailing address

**Big Lake Anchor**

**95 W 2nd St**

**Big Lake, TX 76932**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.8** Nonpriority creditor's name and mailing address

**Bob Bryant**

**55 Tranquility Ln**

**Destin, FL 32541**

Date or dates debt was incurred    12/13/2018

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:    Loan

Is the claim subject to offset?
- [x] No
- [ ] Yes

$495,000.00

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

**3.9** Nonpriority creditor's name and mailing address
**Brad Pilling**

**3331 Vista Lake Circle**

**Mansfield, TX 76063**

Date or dates debt was incurred  __10/28/2019__

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  __$495,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
**Brady's Welding**

**11991 Hwy 76**

**Healdton, OK 73438**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  __unknown__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
**Bullet Energy**

**302 Main Street**

**Velma, OK 73491**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  __unknown__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
**Butson Enterprises, LLC**

**1401 E Dallas St Suite 111**

**Mansfield, TX 76063**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  __unknown__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.13

**Nonpriority creditor's name and mailing address**

C&E Oil and Gas

1906 Glenrose

Carrollton, TX 75007

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

_unknown_

### 3.14

**Nonpriority creditor's name and mailing address**

CBTF Inc.

c/o Lisa Tulk

500 N. Akard Suite 3700

Dallas, TX 75201

Date or dates debt was incurred    01/16/2019

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Share Revenue on 3 Hydrapin Units

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,485,000.00

### 3.15

**Nonpriority creditor's name and mailing address**

CE-DFW Warehouse Solutions

7337 Dogwood Park

Fort Worth, TX 76118

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

_unknown_

### 3.16

**Nonpriority creditor's name and mailing address**

Champion Law Firm

2200 Ross Ave Suite 4500 W

Dallas, TX 75201

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

_unknown_

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3" style="background:black;color:white"><b>Part 2:</b> Additional Page</td></tr>
</table>

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**3.17**

Nonpriority creditor's name and mailing address

**Charles Parker**

**3500 Lenox Road Suite 1700**

**Atlanta, GA 30326**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.18**

Nonpriority creditor's name and mailing address

**Climate Control Insulation**

**2470 North Main Street**

**Mansfield, TX 76063**

Date or dates debt was incurred    **11/19/2019**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Loans**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$525,000.00

---

**3.19**

Nonpriority creditor's name and mailing address

**CoreMark Metals**

**10353 Hicks Field Rd**

**Fort Worth, TX 76179**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.20**

Nonpriority creditor's name and mailing address

**David Aughtry**

**191 Peachtree Street N. E. Forty Sixth Floor**

**Atlanta, GA 30303**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | <u>    unknown    </u> |

**Deep Well Equipment**

**4006 E Hwy 158**

**Midland, TX 79706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | <u>    unknown    </u> |

**Equipment Share**

**3205 Roy Orr Blvd**

**Grand Prairie, TX 75050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | <u>    unknown    </u> |

**Fastenal**

**1400 Everman Pkwy Unit 180**

**Fort Worth, TX 76140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | <u>    unknown    </u> |

**FTC Industries**

**728 111th St**

**Arlington, TX 76011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.25** | Nonpriority creditor's name and mailing address

Gary Westerlage

2220 Tournament Tr

Arlington, TX 76017

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     **$643,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loans

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address

Gray Reed and Mcgraw

1601 Elm Street Suite 4600

Dallas, TX 75201

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address

Gwynn CPAs

9355 John W. Elliot Drive #25493

Frisco, TX 75033

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address

Harmon's Electric

114 N 1st St.

PO Box 393

Hollis, OK 73550

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | underline unknown |
|---|---|---|---|

**3.29** Nonpriority creditor's name and mailing address

Heneway's USA, Inc.

1440 Howard Street

Elk Grove Village, IL 60007

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**unknown**

---

**3.30** Nonpriority creditor's name and mailing address

Henry Ellis

6213 Turnberry Drive

Fort Worth, TX 76132

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loans

Is the claim subject to offset?
☒ No
☐ Yes

**$604,000.00**

---

**3.31** Nonpriority creditor's name and mailing address

HTS Properties

2141 Hidden Creek Road

Fort Worth, TX 76107

Date or dates debt was incurred    09/04/2019

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loans

Is the claim subject to offset?
☒ No
☐ Yes

**$340,000.00**

---

**3.32** Nonpriority creditor's name and mailing address

INTERTEK

5718 North County Rd 1287

Midland, TX 79707

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**unknown**

---

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$495,000.00** |

Jack McCallum

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Loans

Date or dates debt was incurred   04/01/2019

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$203,500.00** |

JB Farris

1906 Glenrose Lane

Carrollton, TX 75007

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Loan

Date or dates debt was incurred   11/29/2019

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |

Joshua Gibson

125 Parkside Dr

Saint Augustine, FL 32095

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$839,500.00** |

Labrys Fund, LP #1

48 Parker Road

Wellesley, MA 02482

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Loans

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | underline unknown |
|---|---|---|---|

**3.37** Nonpriority creditor's name and mailing address

Lewis Jeffries

1277 Victor Rd

Atlanta, GA 30324

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.38** Nonpriority creditor's name and mailing address

Lovelace Payne

1635 Rogers Road

Fort Worth, TX 76107

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.39** Nonpriority creditor's name and mailing address

Macon Street Prop

3962 Sarita Park

Fort Worth, TX 76109

Date or dates debt was incurred    02/27/2019

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loans

Is the claim subject to offset?
☑ No
☐ Yes

$495,000.00

---

**3.40** Nonpriority creditor's name and mailing address

Mark Westerlage

3003 Colony Drive

Dickinson, TX 77539

Date or dates debt was incurred    11/04/2019

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loans

Is the claim subject to offset?
☑ No
☐ Yes

$525,000.00

---

| Debtor | Water Now, Inc. | Case number *(if known)* | 23-40678-mxm7 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

---

**3.41** **Nonpriority creditor's name and mailing address**

MM McQuaid

2002 Creekridge Dr.

Frisco, TX 75034

Date or dates debt was incurred    08/19/2019

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $495,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loans

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.42** **Nonpriority creditor's name and mailing address**

Nancy Finley

P. O. Box 2515

Alpharetta, GA 30023

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**

Ningbo Match-Light Co.

Room1102, Xita Building, Technology Trade Centre, No. 100

Xiangyun Road, Gaoxin District, Ningbo, Zhejiang, China 315000

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**

Odyssey Funding

1249 Broadway Suite 103

Hewlett, NY 11557

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $664,619.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.45** Nonpriority creditor's name and mailing address

Patsy Grider

2426 Wimbledon Drive

Arlington, TX 76017

Date or dates debt was incurred    06/25/2019

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Loans

Is the claim subject to offset?
- [x] No
- [ ] Yes

$90,000.00

---

**3.46** Nonpriority creditor's name and mailing address

Phil Marshall

2906 Becet Ct

Garland, TX 75044

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.47** Nonpriority creditor's name and mailing address

Porter Levay & Rose

7 Pennsylvania Plaza Suite 810

New York, NY 10001

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.48** Nonpriority creditor's name and mailing address

Quorum

5801 Edwards Ranch Rd Suite 200

Fort Worth, TX 76109

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.49** Nonpriority creditor's name and mailing address

Rhonda Cree

209 Lonesome Star Trl

Haslet, TX 76052

Date or dates debt was incurred ___01/17/2020___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: ___Loans___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$54,500.00

---

**3.50** Nonpriority creditor's name and mailing address

Rig Runner

24955 Interstate 45 North Suite 300

Spring, TX 77380

Date or dates debt was incurred ___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.51** Nonpriority creditor's name and mailing address

Robert Cramer

1020 Spring Hill Dr

Fort Worth, TX 76179

Date or dates debt was incurred ___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.52** Nonpriority creditor's name and mailing address

Robert Semple

3962 Sarita Park

Fort Worth, TX 76109

Date or dates debt was incurred ___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: ___Loan___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$735,900.00

---

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**3.53** Nonpriority creditor's name and mailing address

SBS Logistics

1700 Wynne Ave.

Saint Paul, MN 55108

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.54** Nonpriority creditor's name and mailing address

Securities Transfer Corporation

2901 Dallas Parkway Suite 380

Plano, TX 75093

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.55** Nonpriority creditor's name and mailing address

Steve Clohessy

6120 Bluffpoint

Dallas, TX 75248

Date or dates debt was incurred    08/27/2018

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loans

Is the claim subject to offset?
☑ No
☐ Yes

$138,000.00

---

**3.56** Nonpriority creditor's name and mailing address

Steve Grider

2426 Wimbledon Drive

Arlington, TX 76017

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Debtor | Water Now, Inc. | Case number *(if known)* | 23-40678-mxm7 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.57** Nonpriority creditor's name and mailing address

Susan Bowman

55 Nichols Ave

Fairhope, AL 36532

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.58** Nonpriority creditor's name and mailing address

SWG Development

2426 Wimbledon Drive

Arlington, TX 76017

Date or dates debt was incurred    01/01/2019

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Loans

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,485,000.00

---

**3.59** Nonpriority creditor's name and mailing address

SWG Development #2

2426 Wimbledon Drive

Arlington, TX 76017

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.60** Nonpriority creditor's name and mailing address

Swinglift Transportation

417 1st Ave

Dallas, TX 75226

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 17 of 20

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$52,502.00**
*Check all that apply.*

The Walker 1994 Living Trust

☐ Contingent
706 Edgewood
☐ Unliquidated

San Mateo, CA 94402
☐ Disputed

**Basis for the claim:** Loans

Date or dates debt was incurred    09/16/2018

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
*Check all that apply.*

Thomas Haas

☐ Contingent
3156 Mui Field Road Suite 100
☐ Unliquidated

Madison, WI 53719
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
*Check all that apply.*

TJ Advisors LLC

☐ Contingent
1635 Rogers Road
☐ Unliquidated

Fort Worth, TX 76107
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
*Check all that apply.*

Tuff Powder Coating

☐ Contingent
521 S Stemmons St
☐ Unliquidated

Sanger, TX 76266
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

**3.65** | **Nonpriority creditor's name and mailing address**

**Yusen Logistics**

**300 Lighting Way 5th Floor**

**Secaucus, NJ 07094**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Water Now, Inc.** | Case number *(if known)* | **23-40678-mxm7** |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$10,860,521.25** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$10,860,521.25** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Water Now, Inc. |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | 23-40678-mxm7     Chapter    7 |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Alarm Monitoring | ADT |
| State the term remaining | 0 months | 1501 Yamato Road |
| List the contract number of any government contract | | Boca Raton, FL 33431 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Inventory Software | FishBowl Inventory |
| State the term remaining | 0 months | 580 E. Technology Ave Suite C1100 |
| List the contract number of any government contract | | Orem, UT 84097 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | Trash Dumpster | Waste Connections |
| State the term remaining | 0 months | 3 Waterway Square Pl #110 |
| List the contract number of any government contract | | Spring, TX 77380 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | Drinking Water Machine | Pure Health Solutions, Inc. |
| State the term remaining | 0 months | 475 Half Day Road Suite 450 |
| List the contract number of any government contract | | Lincolnshire, IL 60069 |

| Debtor | Water Now, Inc. | Case number *(if known)* | 23-40678-mxm7 |
|--------|-----------------|--------------------------|---------------|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Phone Services | SpectrumVoIP |
| | | | 400 Atlantic Street |
| | State the term remaining | 0 months | Stamford, CT 06901 |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Internet | Spectrum Business |
| | | | 400 Atlantic Street |
| | State the term remaining | 0 months | Stamford, CT 06901 |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Building Lease | TCRG Opportunity XVII, L.L.C. |
| | | | 5201 Camp Bowie Blvd |
| | State the term remaining | 0 months | Fort Worth, TX 76107 |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Computer Support | Local Circuit I.T. Service & Security |
| | | | 101 S. Locust St. Ste B-02 |
| | State the term remaining | 0 months | Denton, TX 76201 |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | Domain and Website | GoDaddy |
| | | | 14455 North Hayden Road Suite 219 |
| | State the term remaining | 0 months | Scottsdale, AZ 85260 |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Domain and Website | African Horizon Technologies (Pty) Ltd |
| | | | 159 Cecilia Rd Ashlea Gardens |
| | State the term remaining | 0 months | Pretoria 0081 South Africa |
| | List the contract number of any government contract | | |

| Debtor | Water Now, Inc. | Case number *(if known)* | 23-40678-mxm7 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Distributor Agreement | BESTEV Management, LLC |
|---|---|---|---|
| | **State the term remaining** | 0 months | |
| | **List the contract number of any government contract** | | |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Distributor Agreement | BESTEV Management, LLC |
|---|---|---|---|
| | **State the term remaining** | 0 months | |
| | **List the contract number of any government contract** | | |

Official Form 206G  **Schedule G: Executory Contracts and Unexpired Leases**

Fill in this information to identify the case:

Debtor name **Water Now, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): **23-40678-mxm7**

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Hydraspin USA, Inc. | | The Walker 1994 Living Trust | ☐ D  ☑ E/F  ☐ G |
| | | Street | Steve Clohessy | ☐ D  ☑ E/F  ☐ G |
| | | | Charles Parker | ☐ D  ☑ E/F  ☐ G |
| | | City          State          ZIP Code | David Aughtry | ☐ D  ☑ E/F  ☐ G |
| | | | Joshua Gibson | ☐ D  ☑ E/F  ☐ G |
| | | | Susan Bowman | ☐ D  ☑ E/F  ☐ G |
| | | | Thomas Haas | ☐ D  ☑ E/F  ☐ G |
| | | | Nancy Finley | ☐ D  ☑ E/F  ☐ G |

| Debtor | Water Now, Inc. | Case number (if known) | 23-40678-mxm7 |
|--------|-----------------|------------------------|---------------|
| | Name | | |

| **Additional Page if Debtor Has More Codebtors** |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Lewis Jeffries | ☐ D ☑ E/F ☐ G |
| | | HTS Properties | ☐ D ☑ E/F ☐ G |
| | | Rhonda Cree | ☐ D ☑ E/F ☐ G |
| | | Henry Ellis | ☐ D ☑ E/F ☐ G |
| | | Labrys Fund, LP #1 | ☐ D ☑ E/F ☐ G |
| | | Bellridge Capital | ☐ D ☑ E/F ☐ G |
| | | Odyssey Funding | ☐ D ☑ E/F ☐ G |
| | | Gary Westerlage | ☐ D ☑ E/F ☐ G |
| | | C&E Oil and Gas | ☐ D ☑ E/F ☐ G |
| | | Robert Cramer | ☐ D ☑ E/F ☐ G |
| | | Phil Marshall | ☐ D ☑ E/F ☐ G |
| | | Steve Grider | ☐ D ☑ E/F ☐ G |
| | | Ally Financial | ☐ D ☑ E/F ☐ G |
| | | B&C Backhoe | ☐ D ☑ E/F ☐ G |

| Debtor | **Water Now, Inc.** | Case number (if known) **23-40678-mxm7** |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Baker Tilly | ☐ D  ☑ E/F  ☐ G |
| | | Brady's Welding | ☐ D  ☑ E/F  ☐ G |
| | | Bullet Energy | ☐ D  ☑ E/F  ☐ G |
| | | Butson Enterprises, LLC | ☐ D  ☑ E/F  ☐ G |
| | | CE-DFW Warehouse Solutions | ☐ D  ☑ E/F  ☐ G |
| | | Fastenal | ☐ D  ☑ E/F  ☐ G |
| | | FTC Industries | ☐ D  ☑ E/F  ☐ G |
| | | Gray Reed and Mcgraw | ☐ D  ☑ E/F  ☐ G |
| | | Harmon's Electric | ☐ D  ☑ E/F  ☐ G |
| | | Heneway's USA, Inc. | ☐ D  ☑ E/F  ☐ G |
| | | INTERTEK | ☐ D  ☑ E/F  ☐ G |
| | | Lovelace Payne | ☐ D  ☑ E/F  ☐ G |
| | | Ningbo Match-Light Co. | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Water Now, Inc.** | Case number (if known) **23-40678-mxm7** |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Porter Levay & Rose | ☐ D  ☑ E/F  ☐ G |
| | | Quorum | ☐ D  ☑ E/F  ☐ G |
| | | SBS Logistics | ☐ D  ☑ E/F  ☐ G |
| | | Swinglift Transportation | ☐ D  ☑ E/F  ☐ G |
| | | TJ Advisors LLC | ☐ D  ☑ E/F  ☐ G |
| | | Tuff Powder Coating | ☐ D  ☑ E/F  ☐ G |
| | | Yusen Logistics | ☐ D  ☑ E/F  ☐ G |
| | | African Horizon Technologies | ☐ D  ☑ E/F  ☐ G |
| | | Rig Runner | ☐ D  ☑ E/F  ☐ G |
| | | CoreMark Metals | ☐ D  ☑ E/F  ☐ G |
| | | Equipment Share | ☐ D  ☑ E/F  ☐ G |
| | | Big Lake Anchor | ☐ D  ☑ E/F  ☐ G |
| | | Deep Well Equipment | ☐ D  ☑ E/F  ☐ G |
| | | Anthony Shioleno | ☐ D  ☑ E/F  ☐ G |

| Debtor | Water Now, Inc. | Case number (if known) | 23-40678-mxm7 |
|--------|-----------------|------------------------|---------------|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | Champion Law Firm | ☐ D / ☑ E/F / ☐ G |
| | | Securities Transfer Corporation | ☐ D / ☑ E/F / ☐ G |
| | | MM McQuaid | ☐ D / ☑ E/F / ☐ G |
| | | Macon Street Prop | ☐ D / ☑ E/F / ☐ G |
| | | SWG Development | ☐ D / ☑ E/F / ☐ G |
| | | SWG Development #2 | ☐ D / ☑ E/F / ☐ G |
| | | Jack McCallum | ☐ D / ☑ E/F / ☐ G |
| | | Patsy Grider | ☐ D / ☑ E/F / ☐ G |
| | | Brad Pilling | ☐ D / ☑ E/F / ☐ G |
| | | Mark Westerlage | ☐ D / ☑ E/F / ☐ G |
| | | Climate Control Insulation | ☐ D / ☑ E/F / ☐ G |
| | | CBTF Inc. | ☐ D / ☑ E/F / ☐ G |
| | | JB Farris | ☐ D / ☑ E/F / ☐ G |
| | | Robert Semple | ☐ D / ☑ E/F / ☐ G |

| Debtor | **Water Now, Inc.** | Case number (if known) **23-40678-mxm7** |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Bob Bryant | ☐ D ☑ E/F ☐ G |
| | | Ally Financial | ☑ D ☐ E/F ☐ G |
| | | TCRG Opportunity XVII, L.L.C. | ☑ D ☐ E/F ☐ G |
| 2.2 | _____ Street _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ Street _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ Street _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | _____ Street _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ Street _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name _____ Water Now, Inc. _____

United States Bankruptcy Court for the:
_____ Northern District of Texas _____

Case number (if known): _____ 23-40678-mxm7 _____    Chapter ____7____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..........................................................................................................

   | | $0.00 |
   |---|---|

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................................

   | | $1,123,481.38 |
   |---|---|

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................................................

   | | $1,123,481.38 |
   |---|---|

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | | $0.00 |
   |---|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

   | | $0.00 |
   |---|---|

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

   | + | $10,860,521.25 |
   |---|---|

4. **Total liabilities**...........................................................................................................................................
   Lines 2 + 3a + 3b

   | | $10,860,521.25 |
   |---|---|

```
┌─────────────────────────────────────────────────────────┐
│ Fill in this information to identify the case:            │
├─────────────────────────────────────────────────────────┤
│ Debtor name              Water Now, Inc.                 │
├─────────────────────────────────────────────────────────┤
│ United States Bankruptcy Court for the:                  │
│              Northern District of Texas                  │
├─────────────────────────────────────────────────────────┤
│ Case number (if known):    23-40678-mxm7                 │
└─────────────────────────────────────────────────────────┘
```

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/21/2023            X   */s/ Gary Westerlage* _____
       MM/ DD/ YYYY                    Signature of individual signing on behalf of debtor

                          Gary Westerlage
                          Printed name

                          CEO
                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Water Now, Inc. |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | 23-40678-mxm7 |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Debtor | Water Now, Inc. | Case number (if known) | 23-40678-mxm7 |
|---|---|---|---|
| | Name | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Steve Grider<br>Creditor's name<br><br>Street<br><br><br>City          State    ZIP Code | 02/08/2023<br><br>01/18/2023<br><br>12/15/2022 | $14,500.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.2. Gonzlez, Freddy<br>Creditor's name<br><br>Street<br><br><br>City          State    ZIP Code | 01/15/2023 | $2,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Steve Grider<br>Creditor's name<br>2000 E. Lamar Blvd. 600<br>Street<br><br>Arlington, TX 76006<br>City          State    ZIP Code<br>**Relationship to debtor**<br>Director | 02/08/2023<br><br>01/18/2023<br><br>12/15/2022<br><br>11/04/2022<br><br>09/23/2022 | $22,154.42 | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **2**

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Ally Financial<br>Creditor's name<br><br>500 Woodward Ave. Floor 10<br>Street<br><br><br>Detroit, MI 48226<br>City        State      ZIP Code | 2019 Dodge Ram 2500; VIN:<br>3C6UR5FL0KG727490 2019 Dodge Ram 3500;<br>VIN: 3C63RPGLXKG636393 2019 Dodge Ram<br>3500; VIN: 3C63RPGL5KG636351 2021 Dodge<br>Ram 2500; VIN: 3C6UR5SL6MG508218 2021<br>Dodge Ram 2500; VIN: 3C6UR5FLOMG523467 | _____ | _____ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| 6.1. | Creditor's name<br><br>Street<br><br><br>City        State      ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | HTS Properties, LLC v. Water Now, Inc. | Pending litigation | 348th Judicial District Court<br>Name<br><br>100 N Calhoun St Third Floor<br>Street<br><br>Tom Vandergriff Civil Courts Building<br><br>Fort Worth, TX 76196<br>City        State      ZIP Code | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| | **Case number**<br>348-340557-23 | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | CBTF, LP vs. Hydraspin USA, Inc. and Water Now, Inc. | Final Judgment | 342nd Judicial District Court<br>Name<br><br>100 North Calhoun Street 5th Floor<br>Street<br><br>Tom Vandergriff Civil Courts Building<br><br>Fort Worth, TX 76196<br>City        State      ZIP Code | ☐ Pending<br><br>☐ On appeal<br><br>☑ Concluded |
| | **Case number**<br>342-325191-21 | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   Water Now, Inc.
_____
Name

Case number *(if known)*   23-40678-mxm7

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name
_____

Street
_____

City                    State      ZIP Code

**Case title**
_____

**Case number**
_____

**Date of order or assignment**
_____

**Court name and address**

Name
_____

Street
_____

City                    State      ZIP Code

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

City                    State      ZIP Code

**Recipient's relationship to debtor**
_____

---

## Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | |

---

## Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **4**

| Debtor | Water Now, Inc. | Case number *(if known)* | 23-40678-mxm7 |
|---|---|---|---|
| | Name | | |

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Wick Phillips Gould & Martin, LLP | Attorney's Fee | 3/1/2023 | $10,000.00 |

**Address**

3131 McKinney Ave Suite 500
Street

Dallas, TX 75204
City          State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

Gary Westerlage

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

Street

City          State     ZIP Code

**Relationship to debtor**

| Debtor | Water Now, Inc. | Case number (if known) | 23-40678-mxm7 |
| | Name | | |

---

### Part 7:  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❏ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.  5000 South Freeway Suite 100                   From _____ To _____
       Street

       TCRG Opportunity XVII, LLC

       Fort Worth, TX 76115
       City                State    ZIP Code


14.1.  1400 Everman Parkway                            From _____ To _____
       Street


       Fort Worth, TX 76140
       City                State    ZIP Code

---

### Part 8:  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❏ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____<br>City          State     ZIP Code | | *Check all that apply:*<br>❏ Electronically<br>❏ Paper |

---

### Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❏ Yes. State the nature of the information collected and retained. _____

          Does the debtor have a privacy policy about that information?
          ❏ No
          ❏ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

---

| Debtor | Water Now, Inc. | Case number *(if known)* | 23-40678-mxm7 |
|---|---|---|---|
| | Name | | |

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19.   Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20.   Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

Debtor    Water Now, Inc.

Name

Case number *(if known)*    23-40678-mxm7

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☑ No |
| | Name | | | ☐ Yes |
| | 5000 South Freeway 100 | | | |
| | Street | **Address** | | |
| | Fort Worth, TX 76115 | | | |
| | City         State    ZIP Code | | | |

| 20.2 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☑ No |
| | Name | | | ☐ Yes |
| | 1400 Everman Pkwy. | | | |
| | Street | **Address** | | |
| | 76140 | | | |
| | City         State    ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City         State    ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

Debtor    Water Now, Inc.                                                    Case number *(if known)*    23-40678-mxm7
_____
Name

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City            State      ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Hydraspin USA, Inc.<br>Name<br>2000 E. Lamar Blvd.<br>Street<br>Attn: Gary Westerlage<br>Arlington, TX 76006<br>City        State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

Debtor    Water Now, Inc.
          Name                                          Case number *(if known)*    23-40678-mxm7

---

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Gary Westerlage | From _____ To _____ |
| Name | |
| 2000 E. Lamar Blvd | |
| Street | |
| | |
| Arlington, TX 76006 | |
| City                    State              ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2.  Steve Grider | From _____ To _____ |
| Name | |
| 2000 E. Lamar Blvd 600 | |
| Street | |
| | |
| Arlington, TX 76006 | |
| City                    State              ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| | |
| City                    State              ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Gary Westerlage | |
| Name | |
| 2000 E. Lamar Blvd | |
| Street | |
| | |
| Arlington, TX 76006 | |
| City                    State              ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.  Steve Grider | |
| Name | |
| 2000 E. Lamar Blvd 600 | |
| Street | |
| | |
| Arlington, TX 76006 | |
| City                    State              ZIP Code | |

---

Official Form 207         Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy         page 10

Debtor    Water Now, Inc.                                              Case number (if known)    23-40678-mxm7
          Name

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
| --- |

26d.1.

_____

Name

_____

Street

_____

_____

City                          State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | $0.00 |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.  Steve Grider

Name

2000 E. Lamar Blvd. 600

Street

_____

Arlington, TX 76006

City                          State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Gary Westerlage | 2000 E. Lamar Blvd. 600 Arlington, TX 76006 | Director, | 0.00% |
| Steve Grider | 2000 E. Lamar Blvd. 600 Arlington, TX 76006 | Director, | 0.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| David King | 1655 Matlock Rd Mansfield, TX 76063 | CEO, Chairman of Board, | From _____ To 04/01/2022 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Debtor | Water Now, Inc. | | Case number (if known) | 23-40678-mxm7 |

| Name | | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State       ZIP Code | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____03/21/2023_____
          MM/  DD/  YYYY

**X** */s/ Gary Westerlage*              Printed name _____Gary Westerlage_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____CEO_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes