BTXN 050 (rev. 07/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Water Now, Inc. § Case No.: 23−40678−mxm7
 § Chapter No.: 7
2000 E. Lamar Blvd. §
Suite 600 §
Arlington, TX 76006 §
 Debtor(s) §

# NOTICE OF FILING OF PROOF OF CLAIM

    In accordance with Bankruptcy Rule 3004, notice is hereby given that on 5/7/2023 a Proof of Claim was filed by the debtor on behalf of Steve Grider in the total amount of $990000.00.

    A Proof of Claim filed by a creditor pursuant to Bankruptcy Rule 3002(c) or Rule 3003(c) shall supersede the claim that has been filed on your behalf.

    To file a Proof of Claim, please visit www.txnb.uscourts.gov. Should you have any questions regarding this matter, please contact our Help Desk at (800) 442−6850.

DATED:  5/8/23            FOR THE COURT:
                          Robert P. Colwell, Clerk of Court

                          by: /s/Bryan Dozier, Deputy Clerk

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 23-40678-mxm |
| Water Now, Inc. | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 1 |
| Date Rcvd: May 08, 2023 | Form ID: BTXN050 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| 20076557 | + Steve Grider, 2426 Wimbledon Drive, Arlington, TX 76017-3730 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 10, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Callahan | on behalf of Creditor Anthony J. Shioleno dpc@kesslercollins.com  gld@kesslercollins.com |
| Laurie D. Rea | on behalf of Trustee Laurie Dahl Rea laurie.rea@romclaw.com  lrea@ecf.courtdrive.com;tandi.levario@romclaw.com |
| Laurie Dahl Rea | trusteelaurierea@gmail.com  TX83@ecfcbis.com;ldr@trustesolutions.net;tandi.levario@romclaw.com |
| Scott D. Lawrence | on behalf of Debtor Water Now  Inc. scott.lawrence@wickphillips.com, brenda.ramirez@wickphillips.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 5