**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 23-40678-mxm7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | WATER NOW, INC. | Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 04/04/2023 |
| | | Claims Bar Date: | 07/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Susser Bank checking account xxxx9008 | Unknown | $0.00 | | $35.77 | FA |
| Asset Notes: | Account closed on May 12, 2023. Bank sent closing balance of $35.77. | | | | | |
| 2 | TCRG Opportunity XVII, LLC (deposit) | $23,481.38 | $23,481.38 | | $0.00 | FA |
| Asset Notes: | Lease terminated in September 2021, and landlord applied deposit to rent owed. | | | | | |
| 3 | 100% Equity in Hydraspin USA, Inc. | Unknown | $0.00 | | $0.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 23-40678-mxm7 | Trustee Name: | Laurie Dahl Rea |
| Case Name: | WATER NOW, INC. | Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 04/04/2023 |
| | | Claims Bar Date: | 07/17/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 4 | Water Filtration Equipment: LABEL (HOT SURFACE)- 434 LABEL (HIGH VOLTAGE)-198 LABEL (WATER NOW INC)-79 FLAT WASHER (#6) 937 HEX BOLT (5/16" x 2.5")-204 TEE (NYLON 3/8"X3/8"X3/8") 69 CAP SCREW (SS BUTTON SOCKET 1/4-20 x 1/2)-28 ADAPTER (BRASS BARBED MALE 5/8"X1/2" MIPS)-22 EMT PIPE STRAP (STEEL, 1 HOLE, 3/4") 150 Crossover Tube-4 BULKHEAD (1/2" double threaded)28 LOCK WASHER (#6 ZINC)12 ELBOW (3/4" Copper 45 deg)50 TERMINAL (Ring 6 Stud, Blue,16-14 Ga)37 ADAPTER (BRASS BARBED 3/16"X1/4" MIPS) 21 TERMINAL (Push-On Female Fully Insulated .250" Blue 16-14 Ga)-36 ELBOW (1/2" Copper 45 deg) 100 FUSE (10 Amp ATO) 8 FUSE (20 Amp ATO)-8 ADAPTER (BRASS BARBED 5/16"X1/4" MIPS) 25 CAP SCREW (#10-24 x 1/2" ASTM F879 Hex Drive Grade 18-8 Stainless Steel Button Socket)-113 CUT PLATE € 104 NUTSERT (1/4-20 Zinc Plated Carbon Steel Rivet Nut Flat Head) 300 EXTENSION (1/2" Brass)-9 HOSE CLAMP (#10 1/2" to 1-1/16" WORM DRIVE) 88 | Unknown | $0.00 | | $62,961.21 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| Case No.: | 23-40678-mxm7 | Trustee Name: | Laurie Dahl Rea |
| --- | --- | --- | --- |
| Case Name: | WATER NOW, INC. | Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 04/04/2023 |
| | | Claims Bar Date: | 07/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| CAP SCREW (1/4"-20 x 5/8" ASTM F879 Hex Drive Grade 18-8 Stainless Steel Button Socket) 106 | | | | | |
| ADAPTER (BRASS 1/2" PEX BARB x 1/2" FIP)72 | | | | | |
| ADAPTER (BRASS BARBED 1/2" PEX x 1/2" NPT) 21 | | | | | |
| ADAPTER (BRASS BARBED 3/8"x1/2" FIPS)12 | | | | | |
| ELBOW (BRASS 1/2" PEX x 1/2" PEX) 29 | | | | | |
| NUTSERT (10-24" Zinc Plated Carbon Steel Rivet Nut Flat Head) 208 | | | | | |
| BALL VALVE (1/2" PEX BARB X 1/2" PEX BARB Drop Ear) 27 | | | | | |
| ORING (1-1/8"ID X 1-3/8"OD X 1/8"CS Silicone)431 | | | | | |
| ELBOW (304 SS 90 DEG STREET 3/4 NPT FEMALE X MALE)-4 | | | | | |
| Vinyl Ring Terminal, 1/4" Stud, Red, 22-18 Ga-101 | | | | | |
| CENTRIFUGE HOUSING-16 | | | | | |
| GASKET (EXHAUST) 10 | | | | | |
| 12-10 Ga. Insulated Ring Terminals, #10 Stud-130 | | | | | |
| Vinyl Ring Terminal, 10 Stud, Blue, 16-14 Ga-94 | | | | | |
| Vinyl Ring Terminal, 3/8" Stud, Yellow, 12-10 Ga-13 | | | | | |
| Vinyl Ring Terminal, 1/4" Stud, Blue, 16-14 Ga-385 | | | | | |
| HOSE CLAMP (#12 11/16" TO 1-1/4" WORM DRIVE)-11 | | | | | |
| L-Bracket (2" x 2")-108 | | | | | |
| NIPPLE (BRASS 1/2X CLOSE)-17 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4

| Case No.: | 23-40678-mxm7 | Trustee Name: | Laurie Dahl Rea |
| Case Name: | WATER NOW, INC. | Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 04/04/2023 |
| | | Claims Bar Date: | 07/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Vinyl Ring Terminal, 1/4" Stud, Yellow, 12-10 Ga-1 | | | | | |
| FITTING (1/2 IN. LIQUIDTIGHT NM STRAIGHT PVC) 29 | | | | | |
| FITTING (1/2 IN. LIQUIDTIGHT NM 90 DEGREE PVC) 31 | | | | | |
| INSTRUCTION MANUAL (AQUA 125) 100 | | | | | |
| GASKET (DISTRIBUTION) 148 | | | | | |
| SEAL (65X95X10 HMS 5 V) 12 | | | | | |
| Circuit Breaker (40 amp, 2 Pole, 240V) 7 Sash Lock (Satin Nickel Tight Seal) 20 | | | | | |
| LABEL (21x17 4/0 print to gloss perm. adhesive white vinyl & weed & mask)-20 | | | | | |
| POWER CONVERTER (AC 100V/240V to DC 12V 10A 120W) 4 | | | | | |
| Circuit Breaker (15 amp, 1 Pole, 120V) 12 Pull (3-7/8 in. Satin Nickel) 5 | | | | | |
| Cam Lock (1-1/8 in. Chrome Keyed) 1 | | | | | |
| TUBE (CLEAR VINYL 1/4 ID X 3/8 OD) 33 | | | | | |
| TUBE (Silicone 5/8" ID x .965 OD Silbrade® Braid Reinforced) 23 | | | | | |
| INSTRUCTION MANUAL (AQUA 1000) 248 | | | | | |
| TACH (0-4000 RPM ALT DRIVEN +12V CHROME) 2 | | | | | |
| HANDLE FOAM- 81 | | | | | |
| SPLASH GUARD-372 | | | | | |
| DOOR PULL (6-1/2" Zinc-Plated Heavy Duty)-49 | | | | | |
| INSTRUCTION MANUAL (AQUA 125E)-175 | | | | | |
| CAP (DISTRIBUTION)-10 | | | | | |
| BELT (BANDO OEM QUALITY SERPENTINE) 10 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 5

| Case No.: | 23-40678-mxm7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | WATER NOW, INC. | Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 04/04/2023 |
| | | Claims Bar Date: | 07/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| SAMPLE PUMP (FL-30 12V 10 LPM 17 PSI) 29 | | | | | |
| 45KW Element- 144 | | | | | |
| HOSE (5/8" X 25' BLACK) 44 SHOCK PLATE-100 | | | | | |
| HOSE (3/4 X 25')- 2 | | | | | |
| COMPLETE FRAME AND SKIN SET (125E)-1 | | | | | |
| ELEMENT (SCREW IN FOLDBACK 3500W 240V LWD 1-1/4") 50 MOTOR (DC PM TENV 1/6 HP 1800rpm 12/24V) 10 | | | | | |
| GENERATOR-14 | | | | | |
| CART (2-WHEEL) 112 | | | | | |
| CART (2-WHEEL)-1 | | | | | |
| TANK (500GAL ELLIPTICAL)-1 | | | | | |
| TANK (500GAL ELLIPTICAL)-1 | | | | | |
| TANK (500GAL ELLIPTICAL)-25 | | | | | |
| FUEL TANK (RED 24-GAL) 18 | | | | | |
| Kohler 3-Cylinder Diesel Engine - 1,028cc--2 | | | | | |
| TRAILER W/500 GAL LEGGED TANK (BLACK 16.5')-1 | | | | | |
| TRAILER W/500 GAL LEGGED TANK (BLACK 16.5')-1 | | | | | |
| TRAILER (BLACK 16.5' W CRADLE)-4 | | | | | |
| TRAILER (BLACK 16.5' W CRADLE)-22 | | | | | |
| TRAILER (BLACK 16.5' W CRADLE)-1 | | | | | |
| TRAILER (BLACK 16.5' W CRADLE)-1 | | | | | |
| AQUA 125E (3.8)-1 | | | | | |
| AQUA 125E (3.8)-3 | | | | | |
| AQUA 125E (3.5)-11 | | | | | |
| AQUA 125 (SG35)-9 | | | | | |
| AQUA 125 (SG38)-2 | | | | | |
| AQUA 125 (SG38)-23 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 6

| Case No.: | 23-40678-mxm7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | WATER NOW, INC. | Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 04/04/2023 |
| | | Claims Bar Date: | 07/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| RIVET (3/16 DIA 1/8"-1/4" GRIP)-341 | | | | | |
| RIVET (1/8 DIA 3/16"-1/4" GRIP)-1550 | | | | | |
| TEE (BRONZE 1/2")-14 | | | | | |
| PLUG (BRONZE 1/2")-11 | | | | | |
| BUSHING (BRONZE 1"X1/2") | | | | | |
| ELBOW (BRONZE STREET 90 1/2" MIP X FIP) | | | | | |
| ELBOW (BRONZE STREET 90 1/4" MIP X FIP) | | | | | |
| COUPLING (1/2" BRONZE LEAD FREE) | | | | | |
| TERMINAL (RING 12-10 GA. HIGH TEMP #10 STUD) | | | | | |
| TERMINAL (PUSH ON 12-10 GA. 0.250" WD. FEMALE INSULATED) | | | | | |
| TERMINAL (PUSH ON 16-14 GA. 0.250" WD. FEMALE INSULATED) WIRE NUT (18-10 GA. RED IDEAL) | | | | | |
| TERMINAL (RING 22-18 GA. INSULATED #10 STUD) | | | | | |
| TERMINAL (RING 16-14 GA. INSULATED #10 STUD) | | | | | |
| TERMINAL (PUSH ON 22-18 GA. 0.250" WD. FEMALE INSULATED) | | | | | |
| BUSHING (COPPER 1/2"FTG x 1/4"C) | | | | | |
| TEE (COPPER C X C X C 1/2") | | | | | |
| ELBOW (COPPER STREET 90 C x FTG 1/2") | | | | | |
| PIPE CLAMP (PEX 1/2") | | | | | |
| HOSE CLAMP (#4 5/16" TO 5/8" WORM DRIVE) EMT PIPE STRAP (STEEL, 1 HOLE, 2") | | | | | |
| HOSE CLAMP (1/2" SS PEX) | | | | | |
| CABLE CLAMP (3/8" NM TWIN-SCREW) | | | | | |
| FLAT WASHER (1/4" X 0.625" OD LOW | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 7

| Case No.: | 23-40678-mxm7 | Trustee Name: | Laurie Dahl Rea |
| Case Name: | WATER NOW, INC. | Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 04/04/2023 |
| | | Claims Bar Date: | 07/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| CARBON ZINC/STEEL) FLAT WASHER (3/8" X 0.812" OD LOW CARBON ZINC FINISH STEEL) FLAT WASHER (5/16" X 0.688" OD LOW CARBON ZINC/STEEL) GASKET (TEFLON) SPACER (5/8" X 7/8" OD 1/2" ID CONDUIT) COMPRESSION SLEEVE (BRASS 3/8") ADAPTER (BRASS 1/2 NPT MALE X FEMALE .125) NIPPLE (BRASS 1/2"X6") COMPRESSION ADAPTER (BRASS MALE 1/4"X1/8" MIPS) NIPPLE (BRASS 1/4"X CLOSE) COMPRESSION UNION (BRASS 3/8") COMPRESSION ADAPTER (BRASS MALE 3/8"X1/4" MIPS) NIPPLE (BRASS 1/8"X6") ADAPTER (BRASS 3/4"MHT X 1/2"FIPS) COMPRESSION ADAPTER (BRASS MALE 5/8"X1/2" MIPS) ADAPTER (BRASS 1/2 NPT MALE X FEMALE .063) Brass Barbed Male Adapter 1/2"x1/2"mips COUPLING (BRASS 1/8") ADAPTER (HOSE TO PIPE, FEMALE/MALE) ADAPTER (BRASS BARBED FEMALE 1/2"X1/2" FIPS) COMPRESSION SLEEVE (BRASS 5/8") ADAPTER (BRASS BARBED MALE 3/8"X1/4" MIPS) NUT (3/8"-16 GRADE C ZINC FINISH STEEL TOP LOCK) | | | | | |

Case 23-40678-mxm7 Doc 44 Filed 10/27/23 Entered 10/27/23 13:06:19 Desc Main
Document Page 8 of 15

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 8

| Case No.: | 23-40678-mxm7 | Trustee Name: | Laurie Dahl Rea |
| Case Name: | WATER NOW, INC. | Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 04/04/2023 |
| | | Claims Bar Date: | 07/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| WING NUT (1/4"-20 ZINC PLATED) | | | | | |
| #10-32 Grade 2 Yellow Zinc Finish NM Steel Nylon Insert Lock Nut | | | | | |
| NUT (1/4"-20 GRADE C ZINC FINISH STEEL TOP LOCK) | | | | | |
| NUT (5/16"-18 GRADE C ZINC FINISH STEEL TOP LOCK) | | | | | |
| 3/8"-16 x 1" Grade 8 Yellow Zinc Finish Hex Cap Screw | | | | | |
| #10-32 x 1/2" Phillips Slotted Combo Drive Round Head Zinc Finish Steel Machine Screw | | | | | |
| SOCKET CAP SCREW (M10-1.5 x 45MM HEX DRIVE BLACK OXIDE STEEL) | | | | | |
| HEX CAP SCREW (1/4"-20 X 3" GRADE 5 ZINC FINISH) | | | | | |
| HEX CAP SCREW (5/16"-18 X 4" GRADE 8 YELLOW ZINC) | | | | | |
| SCREW (SELF TAPPING 12 - 14 X 3/4) | | | | | |
| HEX CAP SCREW (1/4"-20 X 1" GRADE 8 YELLOW ZINC) | | | | | |
| CUT PLATE (AQUA 125) | | | | | |
| CUT PLATE (TEMP GAUGE 2.75 x 2.75) | | | | | |
| CUT ANGLE PLATE (AQUA 1000) | | | | | |
| TUBE (1/2" LIQUID TIGHT NON-METALLIC CONDUIT) | | | | | |
| FUEL LINE (5/16" GATES PCV/EEC) | | | | | |
| FUEL LINE (1/4" GATES PCV/EEC) | | | | | |
| TUBE (SPLIT LOOM 3/8") | | | | | |
| TUBE (BRAIDED PVC 3/8) | | | | | |
| FUEL LINE (3/16" GATES PCV/EEC) | | | | | |
| PIPE (PEX 1/2) | | | | | |
| TUBE (CLEAR VINYL 3/8 ID X 9/16 OD) | | | | | |
| WIRE (18 GA RED STRANDED PRIMARY | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 9

| Case No.: | 23-40678-mxm7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | WATER NOW, INC. | Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 04/04/2023 |
| | | Claims Bar Date: | 07/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| WIRE) <br> WIRE (18 GA BLACK STRANDED PRIMARY WIRE) <br> CABLE (14/2 METAL CLAD ARMORLITE) <br> WIRE (10 AWG WHITE STRANDED CU THHN) <br> WIRE (14 AWG WHITE STRANDED CU THHN) <br> THROTTLE CABLE (10") <br> WIRE (10 AWG BLACK STRANDED CU THHN)275 <br> CLAMP (DISTRIBUTION)-159 <br> INSULATION (DBL SIDED REFLECTIVE) <br> TIMER SWITCH (12V DIGITAL CYCLE DELAY RELAY) <br> FUSE BOX (DC 32V SPADE TERM 8-WAY)-1 <br> LOGO TEE SHIRT (SHORT SLEEVE YOUTH L) <br> LOGO TEE SHIRT (SHORT SLEEVE ADULT S) <br> LOGO TEE SHIRT (SHORT SLEEVE YOUTH M) <br> PUMP (FL-2236 12V 1.8A 4L/MIN)-80 <br> TEMP. GAUGE-18 <br> INLET BUOY (8.5" RED)-18 <br> VALVE TIMER (N1/2" AC110V) <br> W/ADAPTERS WATER BAG (LOGO, 2.5 GAL) <br> WATER BAG (2.5 GAL)-66,000 <br> WATER BAG (LOGO, 2.5 GAL)-4080 <br> SWITCH (SINGLE PASS ON/OFF 110/220 V)-47 <br> FLOAT-119 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 10

| Case No.: | 23-40678-mxm7 | | | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|---|---|
| Case Name: | WATER NOW, INC. | | | Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 04/04/2023 |
| | | | | Claims Bar Date: | 07/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| BALL VALVE (1/2" FIPS x 1/2" FIPS) | | | | | |
| VALVE (BRASS FLOW CONTROL) | | | | | |
| BALL VALVE (1/4" FIPS X 1/4" FIPS) | | | | | |
| BALL VALVE (1/2" PEX BARB X 1/2" PEX BARB) | | | | | |
| TUBE KIT (125) | | | | | |
| HOSE (5/8" X 50' BLUE) | | | | | |
| HOSE (5/8" X 25' BLUE) INCOMPLETE | | | | | |
| SPEED CONTROL (0-12VDC 40A NEMA 4X) | | | | | |
| PUMP (FL-30 12V 2.5A 10-12.5L/MIN) | | | | | |
| HOSE (1/2" B-FLEX 1/2" SS MNPT X FNPT-12" OAL) | | | | | |
| BRACKET (STRAINER)-57 | | | | | |
| ELEMENT (SCREW IN 3800W 240V LWD 1-3/8")-57 | | | | | |
| WIRING HARNESS (39")-10 | | | | | |
| CENTRIFUGE ROTOR-25 | | | | | |
| CART W/ GENERATOR-34 | | | | | |
| AQUA 125 (v2) 12V PUMP/ NO BATT.-48 | | | | | |
| AQUA 1000T--1 | | | | | |
| Electrical Box-1 | | | | | |
| Condensing Coil-15 | | | | | |
| AQUA 1000 PROTOTYPE (W/O CENTRIFUGE)-1 | | | | | |
| Complete Reactor--10 | | | | | |
| Battery Disconnect-3 | | | | | |
| AQUA 1000 PROTOTYPE (W/ CENTRIFUGE) | | | | | |
| CAM LEVER COUPLING (3/4" MALE COUPLER X FNPT) | | | | | |
| CAM LEVER COUPLING (3/4" FEMALE COUPLER X HOSE SHANK) | | | | | |
| CAM LEVER COUPLING (3/4" MALE | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 11

| Case No.: | 23-40678-mxm7 | Trustee Name: | Laurie Dahl Rea |
| Case Name: | WATER NOW, INC. | Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 04/04/2023 |
| | | Claims Bar Date: | 07/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| COUPLER X HOSE SHANK) | | | | | |
| CAM LEVER COUPLING (3/4" FEMALE COUPLER X FNPT)-19 | | | | | |
| SCREW (10-32" x 1-1/2" ROUND HEAD)-5 | | | | | |
| #6-32 Grade 2 Yellow Zinc Finish NM Steel Nylon Insert Lock Nut-1140 | | | | | |
| SCREW (6-32" X 1" ROUND HEAD)-1142 | | | | | |
| Hose Strainer | | | | | |
| SEAL (31.75x63.5x7.874 CRW1 V)-2 | | | | | |
| VINYL BUTT CONNECTOR YELLOW 12-10--100 | | | | | |
| RAW ALUMINUM-370 | | | | | |
| 2 Terminal Pin ON/OFF Rocker Toggle Switch | | | | | |
| BULKHEAD (1/4" threaded) | | | | | |
| HEX BOLT (1/4"-20 X 1.5" ZINC FINISH) | | | | | |
| CUT PLATE (2-HOLE AMP COVER) | | | | | |
| CUT PLATE (BLANK)-173 | | | | | |
| FLAT WASHER (#10 x 0.500" OD Low Carbon Zinc Finish Steel)-2100 | | | | | |
| 10/32 lock washers-53 | | | | | |
| diesel fuel pump (only for trailer mounted unit )-5 | | | | | |
| M10x25 bolts-195 | | | | | |
| ELBOW (BRASS 3/4 STREET 90) | | | | | |
| NIPPLE (BRASS 3/4"X CLOSE) | | | | | |
| Brass Barbed 90 Elbow 3/8" x 1/4"mips | | | | | |
| SET SCREW (1/4-20 x 1/2") | | | | | |
| water box-8 | | | | | |
| 3/8-16 x 1-1/2 bolt-4 | | | | | |
| 3/8-16 x 2 1/2 bolt-34 | | | | | |
| 3/8" OD x 1/2" MIP Brass Compression Elbow (Lead Free)-5 | | | | | |
| 1/2 x 3/8 non regular copper reducer-3 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 12

| Case No.: | 23-40678-mxm7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | WATER NOW, INC. | Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 04/04/2023 |
| | | Claims Bar Date: | 07/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 3/4 copper 90-6 | | | | | |
| Copper Union (CxC) - 3/4"-12 | | | | | |
| SOLENOID RELAY-1 | | | | | |
| TEE STRAINER COMPLETE (A125E)-11 | | | | | |
| 1/4"- 90 | | | | | |
| STREET ELBOW MODIFIED-2 | | | | | |
| 3/8" HOSE (CLEAR) LOOKING GLASS-48 | | | | | |
| 3/8" HOSE, PUMP TO COIL-3 | | | | | |
| 3/8" HOSE, COIL TO DUMP-5 | | | | | |
| SIDE PLATE SHIELDING; LEFT AND RIGHT (SET OF 2)-1 | | | | | |
| HEAT ELEMENT CAN SHIELD; LEFT AND RIGHT (SET OF 2) | | | | | |
| TOP PLATE SHIELD-2 | | | | | |
| DOOR SHIELD-23 | | | | | |
| STEAM HOSE SHIELD--30 | | | | | |
| MODIFIED DIST CAP-137 | | | | | |
| HEAT ELEM. JUMPERS; (SET OF 2)-49 | | | | | |
| TEMP. GAUGE JUMP WIRES; (SET OF 2)-45 | | | | | |
| M10-1.5 x 90mm Hex Drive Black Oxide Socket Cap Screw-20 | | | | | |
| LABEL (BLANK PLATE)-180 | | | | | |
| LABEL (PUMP SWITCH/AMP BREAKER PLATE)-172 | | | | | |
| AQUA 125E WHIP-2 | | | | | |
| DIST. CAP ASSY AQUA 125E-3 | | | | | |
| HOSE, CLEAN WATER DUMP-8 | | | | | |
| A125E PUMP ASSY-15 | | | | | |
| AQUA 125E (TEST BUILD)-2 | | | | | |
| HS600-1 | | | | | |
| HS3000-1 | | | | | |
| HS5500-1 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 13

| Case No.: | 23-40678-mxm7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | WATER NOW, INC. | Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 04/04/2023 |
| | | Claims Bar Date: | 07/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| HS5500-4 | | | | | |
| **Asset Notes:** Value unknown. Trustee to auction remaining equipment and parts. Order Granting Mtn to Sell via Auction entered 6/30/23 [Dkt. No. 29]. Report of Sale filed 8/15/23 [Dkt. No. 35] | | | | | |
| 5  Office furniture | Unknown | $0.00 | | $1,951.15 | FA |
| **Asset Notes:** Value unknown. Trustee to auction remaining furniture. Order Granting Mtn to Sell via Auction entered 6/30/23 [Dkt. No. 29]. Report of Sale filed 8/15/23 [Dkt. No. 35] | | | | | |
| 6  2019 Dodge Ram 2500 / VIN: 3C6UR5FL0KG727490 | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor does not have title or keys. Debtor representative believes it was repossessed before the bankruptcy. Mtn for relief filed by creditor 9/15/23 [Dkt. No. 40]. | | | | | |
| 7  2019 Dodge Ram 3500 / VIN: 3C63RPGLXKG636393 | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor does not have title or keys. Debtor representative believes it was repossessed before the bankruptcy. | | | | | |
| 8  2019 Dodge Ram 3500 / VIN: 3C63RPGL5KG636351 | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor does not have title or keys. Debtor representative believes it was repossessed before the bankruptcy. | | | | | |
| 9  2021 Dodge Ram 2500 / VIN: 3C6UR5SL6MG508218 | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor does not have title or keys. Debtor representative believes it was repossessed before the bankruptcy. | | | | | |
| 10  2021 Dodge Ram 2500 / VIN: 3C6UR5FLOMG523467 | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor does not have title or keys. Debtor representative believes it was repossessed before the bankruptcy. | | | | | |
| 11  5 Hydraspin Units: HydraSpin Unit2 Model: HS 3000 HydraSpin Unit Model: HS 600 HydraSpin Unit Model: HS 5500 HydraSpin Unit Model: HS 5500 HydraSpin Unit Model: HS 5500 | $1,100,000.00 | $1,100,000.00 | | $0.00 | FA |
| **Asset Notes:** Per debtor representative testimony, these units are owned by a related debtor, HydraSpin Case No. 23-40677. | | | | | |
| 12  Lease - 5000 South Freeway Suite 100 Fort Worth, TX 76115 | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** Lease was terminated pre-petition for non-payment of rent. Debtor was locked out in 2021. Landlord removed property and stored at 1400 Everman Parkway. | | | | | |
| 13  100 Aqua-125 Water Purification Units | Unknown | $0.00 | | $56,184.78 | FA |
| **Asset Notes:** Value unknown. Trustee to auction parts. Order Granting Mtn to Sell via Auction entered 6/30/23 [Dkt. No. 29]. Report of Sale filed 8/15/23 [Dkt. No. 35] | | | | | |
| 14  10 Aqua-1000 Water Purification Unit | Unknown | $0.00 | | $6,775.00 | FA |
| **Asset Notes:** Value unknown. Trustee to auction parts that remain. Order Granting Mtn to Sell via Auction entered 6/30/23 [Dkt. No. 29]. Report of Sale filed 8/15/23 [Dkt. No. 35] | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 14

| Case No.: | 23-40678-mxm7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | WATER NOW, INC. | Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 04/04/2023 |
| | | Claims Bar Date: | 07/17/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | Claims arising from David King's conduct as an officer and director of the Debtor, including but not limited to breaches of fiduciary duty and conversion | Unknown | $0.00 | | $0.00 | $0.00 |
| 16 | Doosan forklift Serial Number: FG14-1290-00012 | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Forklift not in debtor's possession as of petition date. | | | | | |
| 17 | Trailer for HydraSpin Units | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Asset not present as of petition date. | | | | | |
| 18 | Lathe machine Serial Number: 002248 | Unknown | $0.00 | | $7,000.00 | FA |
| Asset Notes: | Trustee to auction. Order Granting Mtn to Sell via Auction entered 6/30/23 [Dkt. No. 29]. Report of Sale filed 8/15/23 [Dkt. No. 35] | | | | | |
| 19 | (12) Patents: Water Purification System with a Centrifugal System and a Frictional Heater System | Unknown | $0.00 | | $0.00 | $0.00 |
| Asset Notes: | Per former counsel (Gray Reed) 10 patents were abandoned pre-petition, 1 is awaiting allowance from patent office, and 1 requires maintenance. | | | | | |
| 20 | (3) Patents: Aqua Dynamic Water Heated Based Space Heating System | Unknown | $0.00 | | $0.00 | $0.00 |
| Asset Notes: | Per former counsel (Gray Reed), these expired or were abandoned pre-petition. | | | | | |
| 21 | Patent: US TM App. #88/321,723 "Hydra" filed. | Unknown | $0.00 | | $0.00 | $0.00 |
| Asset Notes: | Per former counsel (Gray Reed) this was abandoned in June 2020. | | | | | |
| 22 | possible void or preferences? | Unknown | $0.00 | | $0.00 | $0.00 |
| 23 | Misc. refunds (u) | $0.00 | $0.00 | | $297.00 | FA |
| Asset Notes: | Unscheduled refund from TWC received. | | | | | |
| 24 | (2) Frac Tanks possibly owned by subsidiary. (u) | $0.00 | $0.00 | | $5,300.00 | $0.00 |
| Asset Notes: | Trustee to investigate ownership. Subsidiary HydraSpin USA, Inc. might own. Order Granting Mtn to Sell via Auction entered 6/30/23 [Dkt. No. 29]. Report of Sale filed 8/15/23 [Dkt. No. 35] | | | | | |
| 25 | Storage Container (u) | $0.00 | $0.00 | | $1,350.00 | FA |
| Asset Notes: | Discovered during auction. Order Granting Mtn to Sell via Auction entered 6/30/23 [Dkt. No. 29]. Report of Sale filed 8/15/23 [Dkt. No. 35] | | | | | |

| TOTALS (Excluding unknown value) | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | | $1,123,481.38 | $1,123,481.38 | | $141,854.91 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 15

| | | |
|---|---|---|
| Case No.: | 23-40678-mxm7 | |
| Case Name: | WATER NOW, INC. | |
| For the Period Ending: | 09/30/2023 | |

| | |
|---|---|
| Trustee Name: | Laurie Dahl Rea |
| Date Filed (f) or Converted (c): | 03/08/2023 (f) |
| §341(a) Meeting Date: | 04/04/2023 |
| Claims Bar Date: | 07/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/29/2023 | Assets remaining: equity in subsidiary, litigation claims, chapter 5 claims (if any), and patents. Professionals employed: ROMC, Rosen (fee approved and paid), Champion (special litigation). Need accountant. Will need a final return, but no prior returns to work from. |
| 07/27/2023 | Auction complete on July 11, 2023. Waiting for report of sale. |
| 06/29/2023 | Sale by auction approved. See, Docket No. 29. When report of sale is filed, file a notice of the allowed admin claim for TRGC. Court permitted sale of 2 newly found frac tanks. If those are determined to be property of HydraSpin USA, I am authorized to put the proceeds in HydraSpin's account. |

Initial Projected Date Of Final Report (TFR): 08/31/2024  Current Projected Date Of Final Report (TFR): 08/31/2024

/s/ LAURIE DAHL REA
LAURIE DAHL REA