BTXN 079 (rev. 10/02)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:  
Water Now, Inc.  
    Debtor(s)

§ § §

Case No.: 23-40678mxm7  
Chapter No.: 7

### NOTICE TO DISREGARD NOTICE OF FIRST MEETING OF CREDITORS

To the Debtor, Creditors and Other Parties in Interest:

Notice of a first meeting of creditors was previously given in the above referenced case. The notice was given in error. A meeting of creditors was held and concluded for Water Now, Inc. on April 4, 2023; therefore the meeting of creditors scheduled for April 9, 2024 at 10:50 a.m. is **canceled.**

If you have any questions, please contact me at 817-333-6000.

DATED:   March 12, 2024

FOR THE COURT:  
Rob Colwell, Clerk of Court

by: */s/*Teshauna Spelmon, Deputy Clerk